**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOWNER, Derivatively on Behalf of EVERBRIDGE, INC.,<br><br>               Plaintiff,<br><br>  vs.<br><br>DAVID MEREDITH, PATRICK BRICKLEY, JAIME ELLERTSON, RICHARD D'AMORE, ALISON DEAN, BRUNS GRAYSON, KENT MATHY, SIMON PARIS, and SHARON ROWLANDS,<br><br>               Defendants,<br>  and<br><br>EVERBRIDGE, INC.,<br><br>               Nominal Defendant. | Case No. 2:22-cv-04382-FWS-RAO<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND 23.1(C) [45]**<br><br>Assigned to Hon. Fred W. Slaughter |

///

///

///

Having reviewed and considered the Stipulation of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(A)(1)(A)(i) and 23.1(c) [45] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The above-captioned case is **DISMISSED WITHOUT PREJUDICE**;

2. Plaintiff and Defendants shall bear their own attorneys' fees, costs, and expenses in relation to the above-captioned case; and

3. Notice to shareholders of this stipulation of voluntary dismissal is not required under Federal Rule of Civil Procedure 23.1(c) because: (i) there has been no settlement or compromise of the above-captioned case; (ii) there has been no collusion among the Parties; (iii) no compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or Plaintiff's attorneys, and no promise to give any such compensation has been made; (iv) the voluntary dismissal is made without prejudice and therefore will not have any preclusive effect on any other action or Everbridge, Inc. shareholder to pursue claims; and (v) Defendants will not suffer any prejudice as they do not oppose this voluntary dismissal.

**IT IS SO ORDERED**.

Dated: March 10, 2025

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE